IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

CHRISTOPHER DEAN GRIFFITH                                                                PLAINTIFF

v.                                          Case No. 6:22-cv-06033

GREGORY CRAIN, Deputy Public Defender;
SGT. SUSAN TURNER, Detective, Hot Springs
County Sheriff's Office; PEYTON T MURPHY,
Deputy Prosecuting Attorney, Hot Spring County;
and JOHN WESLEY JAMES                                                                    DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed May 3, 2022, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 7). Plaintiff proceeds in this 42 U.S.C. § 1983 action *pro se*. Judge Bryant recommended that this case be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b), based on Plaintiff's failure to prosecute his case and failure to comply with Local Rule 5.5(c)(2).

Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court finds that the report is without clear error and should be and hereby is adopted *in toto*. Accordingly, it is **ORDERED** that Plaintiff's Complaint (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED this 23rd day of May 2022.

.

/s/ Robert T. Dawson
**ROBERT T. DAWSON**
**SENIOR U.S. DISTRICT JUDGE**